COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 




 
 
  
 BERTHA
 ALICIA LUNA,
  
                             Appellant,
  
 v.
  
 THE STATE OF
 TEXAS,
  
                             Appellee.
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-03-00337-CR
  
 Appeal from the
  
 70th District Court
  
 of Ector County, Texas
  
 (TC#A-29,968 )
 
 




                                                                              

MEMORANDUM OPINION

 

Pending before the Court is the
appellant=s motion to dismiss this appeal
pursuant to Tex. R. App. P. 42.2,
which states:

(a) At any time before the appellate court=s decision, the appellate court may dismiss the appeal
if the party that appealed withdraws its notice of appeal--by filing a written
withdrawal in duplicate with the appellate clerk, who must immediately send the
duplicate copy to the trial court clerk. An appellant must personally sign the
written withdrawal.

 

Appellant has complied with the
requirements of Rule 42.2.  The Court has
considered this cause on the appellant=s motion and concludes the motion
should be granted and the appeal should be dismissed.  We therefore dismiss the appeal.








In addition, appellant=s motion to substitute counsel is
denied as moot.

 

SUSAN
LARSEN, Justice

February 19, 2004

 

Before Panel No. 1

Larsen, McClure, and Chew,
JJ.

 

(Do Not Publish)